UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CAUSE NO. 3:21-CR-47(2) DRL-MGG |
| JOHNNY HELTON, | |
| Defendant. | |

## ORDER

On June 23, 2021, Johnny Helton moved unopposed to continue the pretrial motion deadline, final pretrial conference, and jury trial. A three-day jury trial is currently scheduled to begin on July 19, 2021, with a final pretrial conference on July 7, 2021. The pretrial motions deadline is July 5, 2021.

Mr. Helton requests additional time to obtain and review discovery, investigate the facts, and negotiate a settlement. Though Mr. Helton hasn't filed a waiver of his speedy trial rights, he says he has conferred with his counsel and concurs in the waiver of his speedy trial rights.

The court finds that the ends of justice served by granting this motion outweigh the public's and defendant's interests in a speedy trial, particularly because a failure to grant the motion would deny Mr. Helton and his counsel the reasonable time necessary to review discovery and effectively prepare for trial, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv); *see also United States v. Rago*, 424 F. Appx. 573, 574 (7th Cir. 2011).

That said, the court GRANTS Mr. Helton's motion to continue the pretrial motions deadline, final pretrial conference, and trial (ECF 21). After consultation with all counsel, the court RESETS the pretrial motions deadline to August 4, 2021, the two-day jury trial to begin October 25, 2021 at 9:30 a.m., and the final pretrial conference to October 18, 2021 at 1:30 p.m. in South Bend.

The period of time resulting from this continuance will be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B). The court VACATES the previous trial and pretrial conference dates.

SO ORDERED.

June 25, 2021                                                          *s/ Damon R. Leichty*
                                                                       Judge, United States District Court