UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No.:  3:21-CR-47 DRL |
| ) | |
| JOHNNY LEE HEON ) | |
|     Defendant. ) | |

## SECOND MOTION TO MODIFY CONDITIONS OF RELEASE

Johnny Lee Helton, by counsel, files his Second Motion to Modify Conditions of Release and asserts the following:

1. On June 21, 2021, Mr. Helton was released on conditions which included, among others, to remain at home other than for necessary travel for medical care, court, to take his son to and from school, and to attend counseling.  He is not on location monitoring.   [DE 20]

2. On June 24, 2021, Mr. Helton requested modification of the release conditions to allow for daily exercise and to check on his mother, Edna Meade, who lives at 303 Walnut, Apartment D, Mentone, Indiana.  The Court granted Mr. Helton's request on June 25, 2021.  [DE 22, 23]

3. USPO Amanda Winner has reported Mr. Helton has been compliant with all of the terms of his pretrial release, including active participation in his drug treatment at the Bowen Center, Warsaw, Indiana.

4. Based on Mr. Helton's progress to date, the undersigned now requests that the restrictions to remain at home be modified to direct that Mr. Helton remain at home between the hours of 10:00 p.m. and 6:00 a.m.  This would

    allow for Mr. Helton to be more helpful in sharing parenting obligations and household responsibilities given his wife's night work schedule.

5. The undersigned has discussed this matter with Assistant United States Attorney Schaffer and USPO Amanda Winner; each advised that they had no objection to the relief requested.

WHEREFORE, Defendant Johnny Lee Helton, by counsel, David E. Vandercoy, respectfully requests this Court enter an Order modifying his conditions of release to reduce Mr. Helton's restrictions by requiring that he remain at home between the hours of 10:00 p.m. and 6:00 a.m.

Dated:  August 16, 2021

    Respectfully submitted,

    Northern District of Indiana
    Federal Community Defenders, Inc.

By:    s/ David E. Vandercoy
    David E. Vandercoy, Staff Attorney
    130 S. Main Street, Suite 300
    South Bend, IN 46601
    Phone:  (574) 245-7393
    Fax:  (574) 245-7394
    eMail: david_vandercoy@fd.org