# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　Plaintiff, )<br> )<br>v. )<br> )<br>JOHNNY LEE HELTON )<br>　　　Defendant. ) | Case No.: 3:21-CR-47 DRL |

## ORDER GRANTING MOTION TO
## MODIFY CONDITIONS OF RELEASE

This cause came before the Court without oral argument on the Defendant's *Motion to Modify Conditions of Release* [DE 25] filed on August 16, 2021. The Court being advised in the premises, it is there upon

ORDERED AND ADJUDGED that the Defendant's motion is granted, and the Defendant's conditions of release are modified to reduce Mr. Helton's restrictions by requiring that he remain at home between the hours of 10:00 p.m. and 6:00 a.m.

SO ORDERED in chambers this ___17th___ day of August 2021.

　　　　　　　　　　　　　　　　　　___s/Michael G. Gotsch, Sr.___
　　　　　　　　　　　　　　　　　　Michael G. Gotsch, Sr.
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copies to:　　David E. Vandercoy
　　　　　　　Northern District of Indiana Federal Community Defenders, Inc.

　　　　　　　Frank Schaffer
　　　　　　　Assistant United States Attorney